21480070T4 arm                                                           Firm I.D. #36699

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HOTMAN BUTAR BUTAR, Special Administrator )<br>Of the Estate of WASINTON BUTAR BUTAR, deceased, )<br>WILIATER SITUMORANG, Special Administrator of )<br>the Estate of BERGMAN SITUMORANG, deceased, )<br>MRS. TAUDHIDDIAH, Special Administrator of the )<br>Estate of MRS NURBAIDAH, deceased and DAHLAN )<br>RAM, deceased, MRS. BARISAH, Special Administrator )<br>of the Estate of SOFYAN AHMAD, deceased, HAMID )<br>SIREGAR, Special Administrator of the Estate of DR. )<br>ENDANG DWI PUTRANTI HAMID, deceased. )<br>)<br>                      Plaintiffs    )<br>v.                                                )<br>)<br>HAMILTON SUNDSTRAND CORPORATION, a )<br>corporation, formerly known as SUNDSTRAND )<br>CORPORATION, )<br>                      Defendants.    ) | Case No.:<br><br>Circuit Court of Cook<br>County<br>Case No.: 09 L 6017<br><br>FILED: JUNE 5, 2009<br>09CV3437<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE SCHENKIER<br>CH |

### LOCAL RULE 3.2 STATEMENT

NOW COMES, Defendant HAMILTON SUNDSTRAND CORPORATION and pursuant to Local Rule 3.2 states as follows:

Hamilton Sundstrand Corporation does not have any identifiable publicly held affiliates.

                                                  /s/ Stephen W. Heil
                                                  One of the Attorneys for Defendant

Stephen W. Heil ARCD #6204266
Ronald L. Wisniewski ARCD #6220577
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
Attorneys for Hamilton Sundstrand Corporation
303 West Madison, Suite 2200
Chicago, Illinois 60606
(312) 332-8450